Matter of Kammer (2025 NY Slip Op 05419)

Matter of Kammer

2025 NY Slip Op 05419

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Aug. 7, 2025.)

&em;

[*1]MATTER OF ROBERT JOHN KAMMER, AN ATTORNEY, RESIGNOR.

MEMORANDUM AND ORDER

Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.